**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| CHEVRON CORPORATION.<br>                                Petitioner,<br><br>To Issue Subpoenas For The Taking Of Depositions And The Production Of Documents. | Action No. 10-CV-2989—AW<br>10-CV-2990—AW |

## ORDER

For the reasons articulated in the foregoing Memorandum Opinion, IT IS this **24th Day of November 2010**, in the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. Chevron Corporation's Ex Parte Application for and Order Pursuant to 28 U.S.C. §1782 to conduct discovery on Daniel Rourke and Carlos Picone for Use in Foreign Proceedings (Doc. No. 1) is **GRANTED**;

2. Discovery shall be conducted pursuant to the terms in the Joint Stipulation filed on November 3, 2010 (Doc. No. 20-1, Civ. Case. No. 10-2989).

3. Chevron's Ex Parte Notice for Judicial Notice of Court Filings and Orders in the Lago Agrio Litigation is **GRANTED** (Doc. No. 4);

4. Respondents' Joint Motion for Leave to File a Sur-Reply in Response to Chevron's Memorandum in Reply to Support of its Application (Doc. No. 29) is **DENIED**; and

5. The Clerk transmit a copy of this Order and Memorandum Opinion to all counsel of record.

                                                                _____/s_____
                                                                Alexander Williams, Jr.
                                                                United States District Judge