IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| CHEVRON CORPORATION.<br><br>                                  Petitioner,<br><br>To Issue Subpoenas For The Taking Of Depositions And The Production Of Documents. | Action No. 10-CV-2989—AW |

## AMENDED ORDER

      For the reasons articulated in the foregoing Memorandum Opinion, IT IS this **29th Day of November 2010**, in the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. Chevron Corporation's Ex Parte Application for and Order Pursuant to 28 U.S.C. §1782 to conduct discovery on Daniel Rourke and Carlos Picone for Use in Foreign Proceedings (Doc. No. 1) is **GRANTED**;

2. Chevron's Ex Parte Request for Judicial Notice of U.S. Filings and Orders is **GRANTED** (Doc. No. 3);

3. Chevron's Ex Parte Notice for Judicial Notice of Court filings and Orders in the Lago Agrio Litigation and Provisions of Ecuadorian Law is **GRANTED** (Doc. No. 4);

4. Discovery shall be conducted pursuant to the terms in the Joint Stipulation filed on November 3, 2010 (Doc. No. 20-1);

5. Respondents' Joint Motion for Leave to File a Sur-Reply in Response to Chevron's Memorandum in Reply to Support of its Application (Doc. No. 29) is **DENIED**; and

6. The Clerk transmit a copy of this Order and Memorandum Opinion to all counsel of record.

                                                                            /s/
                                                     Alexander Williams, Jr.
                                                     United States District Judge